# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICKY NOLAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78630

FILED

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to rule on a post-conviction petition requesting genetic marker analysis. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to rule on a post-conviction petition requesting genetic marker analysis, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-22371

cc: Chief Judge, The Eighth Judicial District Court
Hon. James M. Bixler, Senior Judge
Ricky Nolan
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk